

IN THE
TENTH COURT OF APPEALS

No. 10-15-00029-CR

RICARDO SOTO,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 66th District Court
Hill County, Texas
Trial Court No. 38,173

**ORDER**

Ricardo Soto's motion for rehearing is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed September 3, 2015

